RH 283324

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  02-42598-BKC-RAM
MARITZA CORON

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOV 13

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 942.28 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.


Date: ___NOV 12 2009___

                                          _____
                                          NANCY N. HERKERT
                                          CHAPTER 13 TRUSTEE

Copies to:

MARITZA CORON
9409 FONTAINBLEAU BLVD
#110
MIAMI, FL 33172

JORDAN E BUBLICK, ESQUIRE
11645 BISCAYNE BLVD STE 208
NORTH MIAMI, FL 33181

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT 230
CONCORD, CA 94524-0010

DIRECT MERCHANTS CC BANK
PAYMENT CENTER
PO BOX 43310
NOTTINGHAM ,MD 21236-0310

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  02-42598-BKC-RAM
MARITZA CORON

                                          CHAPTER 13


MARITZA CORON

9409 FONTAINBLEAU BLVD
#110
MIAMI, FL 33172

JORDAN E BUBLICK, ESQUIRE
11645 BISCAYNE BLVD  STE 208
NORTH MIAMI, FL 33181


CHEVRON CREDIT BANK, N.A.        --------$          10.46
2001 DIAMOND BLVD.
PO BOX 5010, SECT 230                 UNDELIVERABLE/STALE
CONCORD, CA 94524-0010                CLAIM REGISTER# 4

DIRECT MERCHANTS CC BANK         --------$         931.82
PAYMENT CENTER
PO BOX 43310                          UNDELIVERABLE/STALE
NOTTINGHAM ,MD 21236-0310             CLAIM REGISTER# 8

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130